November 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

GEORGE JOSEPH ASSETS, LLC, AND THE ACKEL HEIRS (GEORGE ACKEL, III, ADAM A. ACKEL, ALANA ACKEL TALLO AND ALEXANDER ACKEL)., Appellants

NO. 14-16-00743-CV                            V.

JERILYN LEA CHENEVERT, F/K/A JERILYN LEA ACKEL AND J CHENEVERT PROPERTIES, LLC, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 20, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, George Joseph Assets, LLC, and the Ackel Heirs (George Ackel, III, Adam A. Ackel, Alana Ackel Tallo and Alexander Ackel).

We further order this decision certified below for observance.